An official website of the United States government
Here's how you know



 **FOIA.gov**

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 841396

# Success!

## Your FOIA request has been created and is being sent to the Department of the Navy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

FOIA Requester Service Center

202-685-0412

usn.ncr.dns.mbx.don-foia-pa@us.navy.mil

Christopher Julka, FOIA Public Liaison

703-697-0031

christopher.a.julka@navy.mil

Chief of Naval Operations, DNS-36
2000 Navy Pentagon
Washington, DC 20350-2000


EXHIBIT
A

9/7/23, 10:27 AM
Case 2:25-cv-00363-LMA-DPC Document 1-2 Filed 02/21/25 Page 2 of 5
FOIA.gov - Freedom of Information Act Create a request

usn.ncr.dns.mbx.don-foia-pa@us.navy.mil

---

# Request summary

Request submitted on **September 7, 2023**.

The confirmation ID for your request is **841396**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt
to show that you submitted a request using FOIA.gov. This number does not replace the
information you'll receive from the agency to track your request. In case there is an issue
submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
David Johnson

**Mailing address**
2200 Pennsylvania Avenue
West Tower, Suite 500
Washington, DC 20037-1701
United States

**Phone number**
2026396706

**Company/organization**
Vinson & Elkins LLP

**Email**
DRJOHNSON@VELAW.COM

---

# Your request

Case 2:25-cv-00363-LMA-DPC FOIA.gov Freedom of Information Act Document 1-2 Filed 02/21/25 Page 3 of 5

We represent New Orleans Navy Housing, LLC ("NONH") and Louisiana Navy Family Housing, L.L.C. ("LNFH") with respect to certain matters concerning the their project to operate a military privatized housing project in Louisiana (the "Project"). NONH and LNFH are parties to an Amended and Restated Operating Agreement dated January 17, 2012 with the United States of America represented by the Department of the Navy (the "Navy") that relates to and governs aspects of the management and operation of the Project. The Concourse Group is an outside contractor that supports the Navy with respect to the Project. The requests below relate to the Project. Our requests follow: 1. All documents generated since February 1, 2023 between or among Navy personnel and the Concourse Group that relate to discussions or negotiations between and among NONH, LNFH, Patrician and the Navy with respect to the cost of or funding for insurance premiums for the Project. 2. All documents generated since February 1, 2023 that discuss the development of the Navy letter dated May 30, 2023 and the transmission of that letter to LNFH dated May 30, 2023 which the Navy labelled as a "Letter of Dissatisfaction". 3. All documents generated since February 1, 2023 that discuss the reasons for Navy's decision to travel to Louisiana to review books and records of NONH in July and August 2023. 4. All documents generated since February 1, 2023 to or from Concourse Group that discuss or relate to the Navy's review of books and records of NONH in July and August 2023. 5. All documents that discuss or relate to the results or findings of the Navy review books and records of NONH in in July and August 2023. 6. All documents generated by the Concourse Group since February 1, 2023 that suggest, recommend, reference in any manner or comment on whether or not or under what terms to release funds from the Project Member Operating Reserve Account ("MORA") to cover insurance premium costs. 7. All documents that discuss the subsidy implemented through the National Defense Authorization Act ("NDAA") for 2018, pursuant to which the Navy provided certain funds to purportedly counteract the reductions to the Basic Allowance for Housing that were implemented through the NDAA for 2015, and specifically, all documents that discuss and determine that the subsidy, in whole or part, shall be deposited into the Project's MORA. 8. All documents that discuss the 2021 Property Management Incentive Fee request submitted by NONH on or about February 10, 2023, including but not limited to documents used by the Navy in the evaluation of that request and documents between the Concourse Group and the Navy that refer to or relate in any way to that request or the evaluation of that request. 9. All documents that discuss or refer to the release in 2021 of approximately $3,253,243 of funds from the Project Recapitalization Fund ("PRF") to NONH, including but not limited to any documents that relate or refer to any written terms that govern how those disbursements were to be handled or any future replenishment or repayment of any portion or all of those disbursements, which the Navy has claimed were "loans" and

Case 2:25-cv-00363-LMA-DPC Document 1-2 Filed 02/21/25 Page 4 of 5

required a "loan repayment agreement" "within 90 days". * * * * * We agree to pay reasonable search reproduction fees for the records up to $250. If the estimate of search and reproduction fees exceeds such amount, we request that you contact us so that we can understand the estimate and provide appropriate approvals.

## Fees

### What type of requester are you?

other

### Fee waiver

no

### The amount of money you're willing to pay in fees, if any

$250.00

## Request expedited processing

### Expedited processing

no



### CONTACT

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St, NW, 6th Floor

Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☐ CC3.0

FREQUENTLY ASKED QUESTIONS

DEVELOPER RESOURCES

AGENCY API SPEC

FOIA CONTACT DOWNLOAD

FOIA DATASET DOWNLOAD

ACCESSIBILITY

PRIVACY POLICY

POLICIES & DISCLAIMERS

JUSTICE.GOV

USA.GOV