**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NEW ORLEANS NAVY HOUSING, LLC, et al** | * | **CIVIL ACTION** |
| | * | **NO.   25-0363** |
| **VERSUS** | | |
| | * | **SECTION: "I" (2)** |
| **UNITED STATES DEPARTMENT OF NAVY** | * | |

*     *     *     *     *     *     *     *     *

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes Defendant, the United States Department of Navy (Navy), and moves this Honorable Court to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 56(c). Plaintiffs' Complaint asserts a cause of action under the Freedom of Information Act, 5 U.S.C. § 552 et seq, (FOIA), challenging withholdings made by Defendant in response to their subject FOIA request. R. Doc. 1. However, Defendant properly withheld the documents asserting that such documents are protected under various exemptions to FOIA, mainly Exemption 5 deliberative process.

**WHEREFORE**, for the reasons articulated in the accompanying memorandum, the Federal Defendant prays that this Court grant its motion and dismiss Plaintiffs' claims with prejudice.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

 *s/ Brock D. Dupre*
**BROCK D. DUPRE (#28563)**
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

Telephone: (504) 680-3005
Facsimile: (504) 680-3184
Brock.Dupre@usdoj.gov