**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NEW ORLEANS NAVY**<br>**HOUSING, LLC, et al** | * | **CIVIL ACTION** |
| | * | **NO.   25-0363** |
| **VERSUS** | | |
| | * | **SECTION: "I" (2)** |
| **UNITED STATES DEPARTMENT**<br>**OF NAVY** | * | |

**\*    \*    \*    \*    \*    \*    \*    \*    \***

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the foregoing Motion for Summary Judgment will be submitted on the briefs on the 23rd day of July, 2025 at 9:00 a.m.[1] before the Honorable Judge Lance M. Africk, United States District Judge, United States Courthouse, 500 Poydras Street, Room C427, New Orleans, Louisiana.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

    *s/ Brock D. Dupre*
**BROCK D. DUPRE (#28563)**
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3005
Facsimile: (504) 680-3184
Brock.Dupre@usdoj.gov

---

[1] The briefing schedule for the instant motion was set at a status conference with the Court on May 21, 2025. R. Doc. 19. However, an actual submission date was not selected at the status conference. *Id.* Therefore, to avoid a deficient filing with the Clerk of Court's office, the undersigned selected the next available notice of submission date on the Court's calendar after completion of all dates contemplated by the briefing schedule.