**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NEW ORLEANS NAVY** | * | **CIVIL ACTION** |
| **HOUSING, LLC, et al** | | |
| | * | **NO.   25-0363** |
| **VERSUS** | | |
| | * | **SECTION: "I" (2)** |
| **UNITED STATES DEPARTMENT** | | |
| **OF NAVY** | * | |

*    *    *    *    *    *    *    *    *

**DEFENDANT'S RESPONSE TO COURT ORDER**

Defendant, the United States Department of Navy (Navy), in accordance with the Court's Order of September 8, 2025, R. Doc. 24, submits the attached declaration as Exhibit 1 from Thomas C. McKelvey, Supervisory Public-Private Venture (PPV) Business Agreement Manager for the Southeast Naval Facilities Engineering Systems Command (NAVFAC SE), Asset Management, Public Private-Venture Division, which is intended to "supplement the record with respect to foreseeable harm" and to provide a revised "*Vaughn* index with respect to Documents 4–5, 7–11, 13–14, 16, 22–23, 25, 31–32, 36, 38–50, 65, 76, 80, 3P(a), 6P–8P, and 10P–11P."

To ensure compliance with the Court's Order, the Navy revised the entire *Vaughn* Index, which is attached to Mr. McKelvey's declaration. Ex. 1. The expanded index now provides a more in-depth description of the "subject matter" of each withheld record, which, when read in conjunction with the newly provided specific justification for foreseeable harm, adequately supplements the record. *Id.* Moreover, the Navy now provides a "To" and "From" column in the index, when applicable. *Id.* This addition is particularly insightful as it identifies when certain withheld email communications involve Navy attorneys. *Id.* Finally, in addition to the document-specific justification for foreseeable harm in the index, Mr. McKelvey's declaration provides additional context to foreseeable harm. *Id.* Lastly, as noted in its Order and Reasons, "the Court

may also, in its discretion, review the withheld documents in camera" rather than deny summary judgment if the Court is still not satisfied with any particular justification. *See* R. Doc. 24 at p. 14. (internal citations omitted).

**WHEREFORE,** now that Defendant has supplemented the record, Defendant respectfully requests that the Court grant its motion for summary judgment and enter judgment in its favor.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

   *s/ Brock D. Dupre*
**BROCK D. DUPRE (#28563)**
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3005
Facsimile: (504) 680-3184
Brock.Dupre@usdoj.gov